**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:** info@lordhobo.com

## Purchase Order

| | |
|---|---|
| **P/O #:** | 14687 |
| **Date:** | 5/8/2024 |
| **Due Date:** | 6/19/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2045 | Cans, Silver Brite 12oz | 204,225.00 | 0.1047 | 21,382.36 |

*Additional Comments:*

| | |
|---|---|
| Subtotal: | $21,382.36 |
| Less Discounts: | $0.00 |
| Tax & Freight: | $0.00 |
| Less Applied Credits: | $0.00 |
| **Total Order:** | **$21,382.36** |

**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:** info@lordhobo.com

## Purchase Order

| | |
|---|---|
| **P/O #:** | 14688 |
| **Date:** | 5/8/2024 |
| **Due Date:** | 6/26/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2006 | Cans, Silver Brite 16oz | 155,600.00 | 0.1371 | 21,332.76 |

*Additional Comments:*

| | |
|---|---|
| Subtotal: | $21,332.76 |
| *Less Discounts:* | $0.00 |
| *Tax & Freight:* | $0.00 |
| *Less Applied Credits:* | $0.00 |
| **Total Order:** | **$21,332.76** |

Generated by Orchestrated™    vers 150113

Page 1 of 1

**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:** info@lordhobo.com

## Purchase Order

| | |
|---|---|
| **P/O #:** | 14686 |
| **Date:** | 5/8/2024 |
| **Due Date:** | 6/12/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2006 | Cans, Silver Brite 16oz | 155,600.00 | 0.1371 | 21,332.76 |

*Additional Comments:*

| | |
|---|---|
| Subtotal: | $21,332.76 |
| *Less Discounts:* | $0.00 |
| *Tax & Freight:* | $0.00 |
| *Less Applied Credits:* | $0.00 |
| **Total Order:** | **$21,332.76** |



**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:** info@lordhobo.com

**Purchase Order**

| | |
|---|---|
| **P/O #:** | 14704 |
| **Date:** | 5/31/2024 |
| **Due Date:** | 10/3/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2250 | Cans, Silver Brite 19.2oz | 126,425.00 | 0.1861 | 23,527.69 |

**Additional Comments:**

| | |
|---|---|
| Subtotal: | $23,527.69 |
| *Less Discounts:* | $0.00 |
| *Tax & Freight:* | $0.00 |
| *Less Applied Credits:* | $0.00 |
| **Total Order:** | **$23,527.69** |

**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:** info@lordhobo.com

# Purchase Order

| | |
|---|---|
| **P/O #:** | 14736 |
| **Date:** | 7/10/2024 |
| **Due Date:** | 8/26/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2045 | Cans, Silver Brite 12oz | 204,225.00 | 0.1045 | 21,341.51 |

**Additional Comments:**

| | |
|---|---|
| Subtotal: | $21,341.51 |
| Less Discounts: | $0.00 |
| Tax & Freight: | $0.00 |
| Less Applied Credits: | $0.00 |
| **Total Order:** | **$21,341.51** |

Generated by Orchestrated™   vers 150113

Page 1 of 1



**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:**

**Purchase Order**

| | |
|---|---|
| **P/O #:** | 14657 |
| **Date:** | 4/10/2024 |
| **Due Date:** | 5/27/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2006 | Cans, Blank 16oz | 155,600.00 | 0.1371 | 21,332.76 |

*Additional Comments:* Origin: Blanket Agreement 10092.

| | |
|---|---:|
| Subtotal: | $21,332.76 |
| *Less Discounts:* | $0.00 |
| Tax & Freight: | $0.00 |
| *Less Applied Credits:* | $0.00 |
| **Total Order:** | **$21,332.76** |

**Lord Hobo Brewing Company LLC**
5 Draper St
Woburn, MA  01801
**Tel:** 781.281.0088
**Fax:**
**Email:**

**Purchase Order**

| | |
|---|---|
| **P/O #:** | 14636 |
| **Date:** | 3/20/2024 |
| **Due Date:** | 6/4/2024 |
| **Terms:** | Net 30 Days |
| **Ref#:** | |

**Pay To:** Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA  19406

**Ship To:** Lord Hobo Brewing Company LLC
5 Draper St
Woburn, MA  01801

**Ship Via:** Customer Pickup

| Item Code | Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|
| PG2250 | Cans, Blank 19.2oz | 126,425.00 | 0.1861 | 23,527.69 |

*Additional Comments:*

| | |
|---|---:|
| Subtotal: | $23,527.69 |
| *Less Discounts:* | $0.00 |
| *Tax & Freight:* | $0.00 |
| *Less Applied Credits:* | $0.00 |
| **Total Order:** | **$23,527.69** |

Generated by Orchestrated™    vers 150113

Page 1 of 1