

191 S. Gulph Road  
King of Prussia, PA 19406  
zh-inc.com

# Invoice

| | |
|---|---|
| Number | IN0203315 |
| Date | 5/29/2024 |
| Page | 1 |
| Sales order | SO0240568 |
| Warehouse | DIR |
| Ord/Rel ID | PO14657 |
| Your ref. | 16OZ CANS SILVER |
| Payment due date | 6/28/2024 |
| Cash discount | |
| Payment | Net 30 Days |
| Our ref. | JRF    ACR |
| Invoice account | CU039900 |
| Ship date | 5/28/2024 |
| Vend BOL# | 7369444 |
| Release Id | |

Ship to ....: Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL6224 | 155,600 | 141.10 / M | 768ALB16OZS16-1 | N/A | 202 | SILVER | 16 oz Aluminum Regular Can Brite NO Print w/ BPANI | 21,955.16 |

| | | |
|---|---|---|
| | Total amount | 21,955.16 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 130.35 | | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,258.75 |
|---|---|---|---|---|---|

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.



191 S. Gulph Road
King of Prussia, PA 19406
zh-inc.com

# Invoice

| | |
|---|---|
| Number | : IN0204590 |
| Date | : 6/13/2024 |
| Page | : 1 |
| Sales order | : SO0239611 |
| Warehouse | : DIR |
| Ord/Rel ID | : PO14636 |
| Your ref. | : 19.2 OZ CANS BLANK, 1 |
| Payment due date | : 7/13/2024 |
| Cash discount | : |
| Payment | : Net 30 Days |
| Our ref. | : JRF    ACR |
| Invoice account | : CU039900 |
| Ship date | : 6/11/2024 |
| Vend BOL# | : 7377100 |
| Release Id | : |

Ship to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL5057 | 126,425 | 191.95 / M | 768AL19.2OZS05-1 | N/A | 202 | SILVER | 19.2 oz Aluminum Regular Brite Can - No Print | 24,267.28 |

| | | |
|---|---|---|
| | Total amount | 24,267.28 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 130.35 | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,258.75 |
|---|---|---|---|---|

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames. If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned. This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor. Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.


191 S. Gulph Road  
King of Prussia, PA 19406  
zh-inc.com
Case 1:25-cv-12535-JCB    Document 1-3    Filed 09/11/25    Page 3 of 7

# Invoice

| Field | Value |
|---|---|
| Number | IN0206967 |
| Date | 7/15/2024 |
| Page | 1 |
| Sales order | SO0243543 |
| Warehouse | DIR |
| Ord/Rel ID | 14686 |
| Your ref. | |
| Payment due date | 8/14/2024 |
| Cash discount | |
| Payment | Net 30 Days |
| Our ref. | JRF    LAR |
| Invoice account | CU039900 |
| Ship date | 7/12/2024 |
| Vend BOL# | 7391943 |
| Release Id | |

Ship to .... : Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

Sold to .... : Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL6224 | 155,600 | 144.52 / M | 768ALB16OZS16-1 | N/A | 202 | SILVER | 16 oz Aluminum Regular Can Brite NO Print w/ BPANI | 22,487.31 |

Total amount: 22,487.31

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| | | | | | |
|---|---|---|---|---|---|
| 25 | Bulk Pallets | 130.35 | | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,258.75 |

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.



| | |
|---|---|
| 191 S. Gulph Road | |
| King of Prussia, PA 19406 | |
| zh-inc.com | |

# Invoice

| | |
|---|---|
| Number | : IN0207885 |
| Date | : 7/25/2024 |
| Page | : 1 |
| Sales order | : SO0243544 |
| Warehouse | : DIR |
| Ord/Rel ID | : 14687 |
| Your ref. | : |
| Payment due date | : 8/24/2024 |
| Cash discount | : |
| Payment | : Net 30 Days |
| Our ref. | : JRF    LAR |
| Invoice account | : CU039900 |
| Ship date | : 7/24/2024 |
| Vend BOL# | : 7398867 |
| Release Id | : |

Ship to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL8169 | 204,225 | 110.95 / M | 768ALB12OZS39-1 | N/A | 202 | SILVER | 12oz Aluminum Regular Brite Can NO Print w/ BPANI | 22,658.76 |
| | | | | | | | | Total amount | 22,658.76 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 130.35 | | | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,258.75 |
|---|---|---|---|---|---|---|

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.



**191 S. Gulph Road**
King of Prussia, PA 19406
zh-inc.com

# Invoice

| | |
|---|---|
| Number | : IN0208610 |
| Date | : 8/5/2024 |
| Page | : 1 |
| Sales order | : SO0243545 |
| Warehouse | : DIR |
| Ord/Rel ID | : 14688 |
| Your ref. | : |
| Payment due date | : 9/4/2024 |
| Cash discount | : |
| Payment | : Net 30 Days |
| Our ref. | : JRF     LAR |
| Invoice account | : CU039900 |
| Ship date | : 8/2/2024 |
| Vend BOL# | : 7403392 |
| Release Id | : |

Ship to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL6224 | 155,600 | 142.80 / M | 768ALB16OZS16-1 | N/A | 202 | SILVER | 16 oz Aluminum Regular Can Brite NO Print w/ BPANI | 22,219.68 |

| | |
|---|---|
| Total amount | 22,219.68 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 146.72 | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,668.00 |
|---|---|---|---|---|

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.



191 S. Gulph Road  Case 1:25-cv-12535-JCB   Document 1-3   Filed 09/11/25   Page 6 of 7
King of Prussia, PA 19406
zh-inc.com

# Invoice

| | |
|---|---|
| Number | : IN0210851 |
| Date | : 8/28/2024 |
| Page | : 1 |
| Sales order | : SO0249224 |
| Warehouse | : DIR |
| Ord/Rel ID | : PO14736 |
| Your ref. | : 12oz brites |
| Payment due date | : 9/27/2024 |
| Cash discount | : |
| Payment | : Net 30 Days |
| Our ref. | : JRF    TLO |
| Invoice account | : CU039900 |
| Ship date | : 8/26/2024 |
| Vend BOL# | : 7415165 |
| Release Id | : |

Ship to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL8169 | 204,225 | 109.48 / M | 768ALB12OZS39-1 | N/A | 202 | SILVER | 12oz Aluminum Regular Brite Can NO Print w/ BPANI | 22,358.55 |

|  |  |
|---|---|
| Total amount | 22,358.55 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 146.72 | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,668.00 |
|---|---|---|---|---|

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.



191 S. Gulph Road  
King of Prussia, PA 19406  
zh-inc.com

# Invoice

| | |
|---|---|
| Number | : IN0214267 |
| Date | : 10/8/2024 |
| Page | : 1 |
| Sales order | : SO0245682 |
| Warehouse | : DIR |
| Ord/Rel ID | : PO14704 |
| Your ref. | : 19.2 oz brites |
| Payment due date | : 11/7/2024 |
| Cash discount | : |
| Payment | : Net 30 Days |
| Our ref. | : JRF    TLO |
| Invoice account | : CU039900 |
| Ship date | : 10/5/2024 |
| Vend BOL# | : 7432421 |
| Release Id | : |

Ship to ....: Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

Sold to ....: Lord Hobo Brewing Company, LLC  
5 Draper St.  
Woburn, MA 01801

| Unit | M | Quantity | Unit price | Mold | Configuration | Size | Color | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 25 | PL5057 | 126,425 | 189.60 / M | 768AL19.2OZS05-1 | N/A | 202 | SILVER | 19.2 oz Aluminum Regular Brite Can - No Print | 23,970.18 |

| | |
|---|---|
| Total amount | 23,970.18 |

THANK YOU FOR YOUR BUSINESS!!

The transaction(s) covered by this invoice are subject to the terms and conditions at: http://www.zh-inc.com/CustomerTerms.pdf, which are incorporated herein by this reference.

| 25 | Bulk Pallets | 146.72 | | Pallet Vend #VN000768 - Ardagh Metal Beverage | 3,668.00 |

Customer must either arrange to have pallets returned in a timely manner and in usable condition to vendor or Zuckerman Honickman will invoice for the full value of the pallet, tier sheets, and frames.  If returning pallets please email copy of B/L to zhdunnage@zh-inc.com indicating how many pallets, tier sheets, and frames are being returned.  This will improve the accuracy between our records and the vendor's records. Customer is fully financially responsible for the return of all pallets, etc. in good condition to the vendor.  Acceptability is at the discretion of vendor's receiving facility. Please direct any questions to your salesman at 1-800-523-1475 or 1-800-457-5277.