Zuckerman Honickman
191 S Gulph Rd
King Of Prussia, PA 19406
USA

Telephone
Fax
Giro
Tax registration number
Enterprise number



Lord Hobo Brewing Company, LLC
5 Draper St.
Woburn, MA 01801
USA
Contact
Packing duty license number

# Invoice

| | |
|---|---|
| Number | FTIZH00000157 |
| Date | 7/31/2025 |
| Page | 1 of 1 |
| Your reference | 2025 Take/Pay Contract Shortfall |
| Our reference | Ellen Neubauer |
| Payment | Net 30 |
| Invoice account | 310451 |

| Description | Quantity | Unit price | Amount | Print code |
|---|---|---|---|---|
| 12oz aluminum cans w/BPANI | 3,063,375.00 | 0.112140 | 343,526.87 | |
| 16oz aluminum cans w/BPANI | 3,578,800.00 | 0.147680 | 528,517.18 | |
| Gold Ends | 6,642,175.00 | 0.033960 | 225,568.26 | |

| Sales subtotal amount | Total discount | Total charges | Sales tax | Round-off | Currency | Total |
|---|---|---|---|---|---|---|
| 1,097,612.31 | 0.00 | 0.00 | 0.00 | 0.00 | USD | 1,097,612.31 |

**Due date**    8/30/2025